UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS K. JONES,<br>    **Plaintiff**<br>v.<br><br>**TOWN OF WEST WARWICK,** by and through its Treasurer, **Malcolm A. Moore,** and **FRANK VENEZIA,** in his individual and official capacities as Acting Building Official for the Town of West Warwick,<br>    **Defendants** | :<br>:<br>:    C.A. No. 08-375T<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## TEMPORARY RESTRAINING ORDER BY CONSENT

This matter came on to be heard on October 14, 2008 in chambers before the Honorable Ernest C. Torres, District Court Judge, on Plaintiff's Motion for Temporary Restraining Order, and after hearing thereon, by agreement of the parties, Plaintiff has made a showing of a likelihood of success on the merits, of irreparable harm if the injunction is not granted, that the balancing of the equities favor the Plaintiff, and that the public interest would be served by granting the injunction, it is therefore hereby,

**ORDERED**

1. That the Defendants Town of West Warwick and Frank Venezia, their officers, agents, servants, employees, attorneys, and those in active concert or participation with them are hereby temporarily restrained and enjoined from enforcing the Town sign ordinance, specifically section 5.10 of the Town Zoning Ordinance entitled "Signs" and subsection 3.74.11, so as to prohibit the erection and display of political signs, including but not limited to candidate campaign signs or issue signs, whether or not either is the subject of a pending ballot question or election or are considered "off-premises," or from subjecting the posting of any such signs to more stringent size or other limitations than those imposed on non-political signs.

2. That the Defendants Town of West Warwick and Frank Venezia, their officers, agents, servants, employees, attorneys, and those in active concert or participation with them are hereby temporarily restrained and enjoined from enforcing or attempting to enforce the Town sign ordinance with respect to any eight (8) foot by four (4) foot free standing political signs within the Town posted by the Plaintiff, whether relating to his candidacy or the Shipwreck Falls Water Park or any other issue or cause.

3. That the Defendants Town of West Warwick and Frank Venezia, their officers, agents, servants, employees, attorneys, and those in active concert or participation with them are hereby temporarily restrained and enjoined from in any way applying more stringent limitations on political signs erected by the Plaintiff, whether relating to his candidacy or the Shipwreck Falls Water Park or any other issue or cause, than are applied by Defendants to any other political signs posted within the Town.

4. That this Order shall remain in full force and effect until further order of this Court.

PLAINTIFF,
THOMAS K. JONES
By his attorneys,

Date: October 14, 2008

_____
Richard A. Sinapi, Esq. (#2977)
**American Civil Liberties Union, R.I. Affiliate**
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
Phone: (401) 944-9690; FAX: (401) 943-9040

DEFENDANTS,
TOWN OF WEST WARWICK, and
FRANK VENEZIA

Date: October 14, 2008

_____
Timothy A. Williamson, Esq. (#4173)
West Warwick Town Solicitor
1193 Tiogue Ave
Coventry, RI 02816
Phone: (401) 823-9200; Fax: (401) 823-9278

Entered as an **Order** of this Court on the 14th day of **October, 2008.**

**ENTER:**                                             **PER ORDER:**

_____          _____
Ernest C. Torres, District Court Judge          Clerk